IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

QUINTON WEBB,

    Plaintiff,

v.                                                  Civ. No. 1:25-cv-00307-KG-LF

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Motion of the Plaintiff, Quinton Webb (Doc. 30), all parties having concurred and the Court being fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

                                            /s/_____
                                            KENNETH J. GONZALES[1]
                                            CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

**SUBMITTED BY:**

<u>*/s/ Lawrence A. VandenBout – Approved via email*</u>
Lawrence A. VandenBout, Esq.
Taylor M. Meyers, Esq.
VANDENBOUT LAW, PLLC
Attorney for Plaintiff
1550 Wewatta St., Floor 2
Denver, CO 80202


**APPROVED BY:**

<u>*/s/ Todd A. Schwarz*</u>
Todd A. Schwarz
MILLER STRATVERT P.A.
Attorneys for Defendants
Post Office Box 25687
Albuquerque, New Mexico  87125